IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAROME R. WILLINGHAM,

      *Plaintiff*,

vs.

JOHNSON COUNTY ADULT
DETENTION CENTER,

      *Defendant.*

Case No. 10-2584-EFM

## ORDER

Upon consideration of Magistrate Judge James P. O'Hara's Report and Recommendations (Doc. 6) and Plaintiff's objection (Doc. 8), this Court accepts the recommended decision of the Magistrate Judge and adopts it as its own. Therefore, this case is dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §1915(e).

**IT IS SO ORDERED.**

Dated this 3rd day of December, 2010.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE